**Dated: May 31, 2018**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

PHILLIP D. SHEPARD, II
SARAH SHEPARD A/K/A SARAH
GUTIERREZ,

    DEBTOR.

Case No.: BK-17-10609-SAH
Chapter 7

### ORDER FOR ANNULMENT OF THE AUTOMATIC STAY

THIS MATTER comes on before the Court on DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through SOUTHWEST STAGE FUNDING DBA CASCADE FINANCIAL SERVICES', (hereinafter referred to as "Movant") Motion for Annulment of the Automatic Stay.

Upon representation of counsel, the Motion was served by United States mail with proper postage affixed on all parties in interest, pursuant to Local Bankruptcy Rule 9007, on May 11, 2018, and no objection has been served within the time to object, including applicable allowance of three (3) days for mailing, which expired on May 25, 2018.

All findings of fact are based upon representation of counsel.

IT IS THEREFORE ORDERED that the requested annulment of the automatic stay imposed under §362 of the Bankruptcy Code is granted as to the following described property situated in Beckham County, Oklahoma, described as:

> Lots 20, 21, 22, 23 and 24 in Block 1 of the College Addition to the Town of Carter, Beckham County, Oklahoma, AND a tract beginning at the SE corner of the NE ¼ SW ¼ of Section 26, Township 9 North, Range 22, West of the Indian Meridian, Beckham County, Oklahoma, more particularly being described by metes and bounds as follow: Thence West 440 feet; Thence North 80 rods; Thence East 440 feet; Thence South 80 rods to the point of beginning.
> a/k/a 19551 Highway 55, Carter, OK  73627

# # #

MOVANT TO NOTIFY INTERESTED PARTIES

APPROVED FOR ENTRY:

By:  s/ Matthew J. Hudspeth
 MATTHEW J. HUDSPETH - #14613
 JIM TIMBERLAKE - #14945
 Baer Timberlake, P.C.
 4200 Perimeter Center, Suite 100
 Oklahoma City, OK 73102
 Telephone: (405) 842-7722
 Fax: (918) 794-2768
 mhudspeth@baer-timberlake.com
 Attorney for Movant